Submitted on record and brief June 2, reversed June 20, 1978

GEORGE C. STONE, *Petitioner,*
*v.*
OREGON STATE CORRECTIONAL
INSTITUTION, *Respondent.*
(No. 1620, CA 10108)

579 P2d 906

Steven H. Gorham, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

The respondent confesses error. Reversed.